**No. 10-5935. James Everett, Petitioner v. Jerome W. Walsh, Superin-**

tendent, State Correctional Institution at Dallas, et al.

562 U.S. 983, 131 S. Ct. 419, 178 L. Ed. 2d 326, 2010 U.S. LEXIS 8160.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.